UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK ALLEN SILVA,<br><br>                 Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF CORRECTIONS,<br><br>                Defendant. | CASE NO. C24-5485 BHS<br><br>ORDER |

THIS MATTER is before the Court on pro se prisoner plaintiff Mark Allen Silva's post-judgment motion for an extension of time to file a brief. Dkt. 11. The Court adopted Magistrate Judge Michelle Peterson's Report and Recommendation (R&R), Dkt. 7, which recommended dismissing the case without prejudice because Silva had failed to file an amended complaint as ordered on June 27, 2024. Dkt. 9 (citing Dkt. 6). The Court dismissed the case and entered a judgment on October 1. Dkt. 9.

Silva did not object to the R&R, and he has still not filed a proposed amended complaint addressing the deficiencies Judge Peterson identified four months ago. He has not identified the brief that he seeks to file. His post-judgment motion is **DENIED**. The case remains closed.

**IT IS SO ORDERED**.

Dated this 5th day of November, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 2